476 A.2d 62

Commonwealth v. McFeely, Appellant.

Argued October 25, 1983. Gerard J. Koechel, for appellant; Kenneth J. Benson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

476 A.2d 62

Commonwealth v. Milewski, Appellant.

Petition for Allowance of Appeal
Denied Oct. 31, 1984.

Argued January 11, 1984. Todd J. O'Malley, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.